

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00288-CR

EX PARTE KEITH WILSON GOODSON, Appellant

Appeal from the 184th District Court of Harris County (Tr. Ct. No. 1457737)

The cause heard today by the Court is an appeal from the judgment signed by the court below on February 27, 2015. After inspecting the record of the court below, it is the opinion of this Court that there is no reversible error in the judgment. It is therefore **CONSIDERED, ADJUDGED,** and **ORDERED** that the judgment of the court below be **affirmed**.

The Court **orders** that this decision be certified below for observance.

Judgment rendered April 21, 2015.

Judgment rendered by panel consisting of Justices Keyes, Bland, and Massengale.